
| | |
|---|---|
| 1 | BROOKS M. BEARD (CA SBN 181271) |
| | BBeard@mofo.com |
| 2 | RICHARD S.J. HUNG (CA SBN 197425) |
| | RHung@mofo.com |
| 3 | DANIELLE COLEMAN (CA SBN 248456) |
| | DColeman@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 5 | San Francisco, California  94105-2482 |
| | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |
| 7 | DAWN SMITH (CA SBN 186636) |
| | dawnsmith@vmware.com |
| 8 | ANGELA L. PADILLA (CA SBN 154863) |
| | APadilla@vmware.com |
| 9 | JESSICA W. ROSSMAN (CA SBN 218622) |
| | JRossman@vmware.com |
| 10 | VMWARE, INC. |
| | 3401 Hillview Avenue |
| 11 | Palo Alto, California  94304 |
| | Telephone: 650.427.5000 |
| 12 | Facsimile: 650.427.5001 |
| 14 | Attorneys for Plaintiff VMWARE, INC. |

**IT IS SO ORDERED**
Judge Edward J. Davila
9/25/2013

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VMWARE, INC., | Case No. 5:13-cv-03823-EJD |
| Plaintiff, | **PLAINTIFF VMWARE'S RULE 41(a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| DATA SPEED TECHNOLOGY LLC, | Judge: Hon. Edward J. Davila |
| Defendant. | |

1     NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff VMware, Inc., by its undersigned attorneys, voluntarily dismisses without prejudice the above-captioned action. In accordance with Rule 41(a)(1)(A)(i), this notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

    The Clerk shall close this file.

Dated: September 23, 2013      By:  /s/ Brooks Beard
                                                                             BROOKS M. BEARD

BROOKS M. BEARD
RICHARD S.J. HUNG
DANIELLE COLEMAN
MORRISON & FOERSTER LLP

DAWN SMITH
ANGELA L. PADILLA
JESSICA W. ROSSMAN
VMWARE, INC.

Attorneys for Plaintiff
VMWARE, INC.